UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1987 BOMBARDIER CL-600 TWIN JET (SERIAL NUMBER 5003 AND TAIL NUMBER XA-UFF) AND ITS INVENTORY (LOG BOOK AND MAINTENANCE BOOK),<br><br>Defendant, *In Rem*. | Case No. 22 CV 1810<br><br>Judge Harry D. Leinenweber |

**AGREED ORDER**

By agreement of the parties, IT IS HEREBY ORDERED THAT (1) this case shall be unsealed, and (2) Documents Numbered 27 and 33 shall remain under seal until the arrest of Oswaldo Espinosa, a defendant in the case of United States v. Espinosa, Case No. 23 CR 426 (N.D. Illinois). Once the government arrests Espinosa, the parties will present the Court with an agreed proposed order directing the Clerk of Court to unseal Documents 27 and 33.

ENTERED:

_____
HARRY D. LEINENWEBER
United States District Judge

DATE: 10/10/2023