# UNITED STATES DISTRICT COURT

for the Northern District of Illinois

Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 22-CV-1810 |
| | ) |
| | ) Judge Harry Leinenweber |
| v. | ) |
| | ) |
| 1987 BOMBARDIER CL-600 TWIN JET (SERIAL NUMBER 5003 AND TAIL NUMBER XA-UFF) AND ITS INVENTORY AND MAINTENANCE BOOK), | ) |

Defendants, *In Rem*.

## WARRANT FOR ARREST *IN REM*

To:  The United States Department of Homeland Security:

WHEREAS, on April 7, 2022, Plaintiff filed a verified complaint for civil forfeiture in the United States District Court for the Northern District of Illinois against the above-named defendant property, alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons contained therein; and

WHEREAS, the defendant property is currently in the possession, custody, or control of the United States; and

WHEREAS, under these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

**YOU ARE COMMANDED**, therefore, to arrest the above-named defendant property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

Date issued: October 16, 2023

THOMAS G. BRUTON
Clerk of Court, Northern District of Illinois

By: *Madison Peck*

RETURNABLE _____ DAYS AFTER ISSUE

(Deputy Clerk)

| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | |
|---|---|
| DISTRICT **NDIL** | DATE THE WRIT WAS RECEIVED AND EXECUTED |
| SPECIAL AGENT IN CHARGE | (BY) BARBARA M ALGARIN — Digitally signed by BARBARA M ALGARIN Date: 2023.11.01 12:58:25 -05'00' |